UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Terry Rey,

                          Plaintiff(s),

v.                                        Case No. 2:12−cv−14170−BAF−MAR
                                                    Hon. Bernard A. Friedman

Expert Equity Association
Collection Specialists, et al.,

                          Defendant(s),

**NOTICE OF DETERMINATION OF MOTION
WITHOUT ORAL ARGUMENT**

The following motion(s) have been filed:

        Motion for Summary Judgment – #19

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Bernard A. Friedman *without* oral argument.

Courtesy copies shall be provided directly to chambers as soon as possible.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/C. Mullins
                                                           Case Manager

Dated:   June 11, 2013